## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** In re: IBM Arbitration Agreement Litigation        **Docket No.:** 22-1728

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Erika D. Cagney

**Firm:** Jones Day

**Address:** 250 Vesey Street, New York, New York 10281

**Telephone:** (212) 326-3496        **Fax:** (212) 755-7306

**E-mail:** ecagney@jonesday.com

**Appearance for:** International Business Machines Corp. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Matthew W. Lampe / Jones Day )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A        OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Erika D. Cagney

**Type or Print Name:** Erika D. Cagney