# JONES DAY

2727 NORTH HARWOOD STREET • DALLAS, TEXAS 75201.1515

TELEPHONE: +1.214.220.3939 • FACSIMILE: +1.214.969.5100

Direct Number: (214) 969-3655
jbaguinaga@jonesday.com

January 10, 2024

CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

   Re: *In Re: IBM Arbitration Agreement Litigation*, No. 22-1728 (2d Cir.)

Dear Ms. Wolfe:

  I write to respectfully request that the Court withdraw my appearance as counsel for IBM in the above-captioned matter. The reason for this request is my last day at Jones Day is Friday, January 12, 2024. IBM will continue to be represented by Traci L. Lovitt, Matthew W. Lampe, and Anthony J. Dick of Jones Day. I have conferred with counsel for Plaintiffs-Appellants, who confirmed that they are unopposed to this request. Thank you.

         Very truly yours,

         /s/ J. Benjamin Aguiñaga
         J. Benjamin Aguiñaga
         (214) 969-3655
         jbaguinaga@jonesday.com